UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

DERRICK LEE SMITH,

       Plaintiff,

v.

HEIDI WASHINGTON et al.,

       Defendants.

_____/

Case No. 1:20-cv-1211

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  March 2, 2021          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge